**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
FEB 27 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. |
| ) | **INDICTMENT** |
| Plaintiff, ) | MO08CR054 |
| ) | [Vio: 21 U.S.C. § 841(a)(1)- |
| V. ) | Possession With Intent to |
| ) | Distribute a Controlled |
| LARRY DON BURTON, ) | Substance] |
| ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1)]

That on or about December 21, 2007, in the Western District of Texas, the Defendant,

**LARRY DON BURTON,**

unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture and substance containing a detectable amount of hydrocodone, a Schedule III Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(B) and subject to forfeiture pursuant to Title 21 U.S.C.§ 853(a)]

As a result of the foregoing criminal violation as set forth in Count One (1), which are punishable by imprisonment up to five years, Defendant, LARRY DON BURTON shall forfeit to

the United States pursuant to Title 21 U.S.C.§ 853(a), for violations of Title 21 U.S.C. § 841(a)(1) and Title 21 U.S.C. § 841(b)(1)(B) the following:

- a. Any property constituting, or derived from, any proceeds the person obtained directly or indirectly, as the result of such violations; and/or

- b. Any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

thereby making said defendant's right, title and interest in such property forfeitable to the United States of America, including but not limited to the following:

**One 2002 Chevrolet Corvette, 2-Door Coupe, VIN: 1G1YY22G425121453.**

All in violation of Title 21 U.S.C. § 841 (a)(1) and Title 21 U.S.C. § 841 (b)(1)(B) and subject to forfeiture to the United States of America pursuant to Title 21 U.S.C.§ 853(a).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

Original signed by the foreperson of the Grand Jury

JOHNNY SUTTON
United States Attorney

JOHN S. KLASSEN
Assistant United States Attorney

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO08CR054

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: February 27, 2008 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-08-CR- | ASSISTANT U.S. ATTORNEY: JOHN S. KLASSEN | |
| DEFENDANT: LARRY DON BURTON | | DOB: XXXXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USC    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet
                                                                        EMPLOYED
                                                                        APPOINTED

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): 21 USC 841(a)(1) - Possession with intent to distribute a quantity of hydrocodone, a Schedule III Controlled Substance.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: A term of imprisonment not to exceed 5 years; a 2 year minimum mandatory term of supervised release; a fine not to exceed $250,000; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Dean Cook, S/A
Drug Enforcement Administration
1004 N. Big Spring, Suite 225
Midland, Texas  79701